In the Matter of SIGMAR K. R. HILFER, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted November 18, 1940; decided December 3, 1940.

Motion to amend remittitur denied, without costs. The order was intended to provide for the reinstatement of the relator. If disciplinary proceedings are to be taken against him, it must be after a new hearing of charges and in accord with sections 1264 and 1265 of the Education Law (Cons. Laws, ch. 16). (See 283 N. Y. 304.)